COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Jermaine Demetrie Williams
Attorney at Law
108 W. Congress Street
Lafayette LA 70501

**REHEARING ACTION: June 15, 2011**

**Docket Number: 10   01299-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ALVIN DONALD PARKER**

**Appealed from Iberia Parish Case No. 09-566**

BEFORE JUDGES:

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alvin Donald Parker** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee